1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Juan Gabriel Gonzalez

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   NO. 1:04-CR-5037 OWW
                                       )
12            *Plaintiff*,             )   STIPULATION AND [PROPOSED] ORDER
                                       )
13       v.                            )
                                       )
14 JUAN GABRIEL GONZALEZ,              )
                                       )
15            *Defendant*.             )
                                       )
16 ─────────────────────────────────── )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel, that the sentence imposed on August 23, 2006, may be changed from 12 months **to 12 months**

20 **and 1 day.**

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

```
                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: August 24, 2006            By:   /s/ Laurel J. Montoya
                                          LAUREL J. MONTOYA
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Public Defender


DATED: August 24, 2006            By:    /s/ Ann H. Voris
                                          ANN H. VORIS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JUAN GABRIEL GONZALEZ
```

**O R D E R**

IT IS SO ORDERED.

**Dated:   August 24, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order                    -2-