IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) <br> ) <br>       Plaintiff,          ) <br> ) <br>   vs.                          ) <br> ) <br> JUAN GABRIEL GONZALEZ,    ) <br> ) <br>       Defendant.     ) <br> _____) | No. 1:04-CR-05037 OWW <br><br> ORDER MODIFYING SUPERVISED RELEASE |

The above named defendant having been sentenced on December 10, 2007 for a supervised release violation.

IT IS ORDERED that the defendant's supervised release previously ordered on August 25, 2006 is modified to include that defendant participate in a residential mental health treatment program and that the defendant reside and participate in the Residential Re-Entry Center, Turning Point, for a period of 180 days commencing December 10, 2007

DATED: December 12, 2007_____

                                        /s/ OLIVER W. WANGER
                                        HONORABLE OLIVER W. WANGER
                                        U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1