IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUAN GABRIEL GONZALEZ,<br><br>　　　　Defendant. | No. 1:04-CR-05037 OWW<br><br>AMENDED ORDER MODIFYING<br>SUPERVISED RELEASE |

The above named defendant having been sentenced on December 10, 2007 for a supervised release violation.

IT IS ORDERED that the defendant's supervised release previously ordered on August 22, 2006 is modified to include that defendant participate in a mental health treatment program, (inpatient or outpatient) and that the defendant reside and participate in the Residential Re-Entry Center, Turning Point, for a period up to 180 days commencing December 10, 2007.

IT IS SO ORDERED.

**Dated:   December 13, 2007**　　　　　　　／s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

12/6/06 ordrelease.form

1